■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY HARVEY, Appellant. [667 NYS2d 930] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 26, 1996 (*People v Harvey,* 224 AD2d 713, *lv denied* 88 NY2d 879, *cert denied* 520 US 1121), affirming a judgment of the Supreme Court, Queens County, rendered November 9, 1993.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Santucci, J. P., Altman, Friedmann and Goldstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIGUEL HARVEY, Appellant. [667 NYS2d 930] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Eng, J.), rendered November 21, 1995, convicting him of murder in the second degree (two counts), attempted murder in the second degree, kidnapping in the second degree, and assault in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's sentence was not excessive (*see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contention is without merit. Ritter, J. P., Altman, Friedmann and Luciano, JJ., concur.